Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

_____ Division

| | |
|---|---|
| Isaac Ramos Medina <br><br> _____ <br> *Plaintiff(s)* <br> *(Write the full name of each plaintiff who is filing this complaint.* <br> *If the names of all the plaintiffs cannot fit in the space above,* <br> *please write "see attached" in the space and attach an additional* <br> *page with the full list of names.)* <br> **-v-** <br><br> Virginia Beach Sheriff's Office <br><br> _____ <br> *Defendant(s)* <br> *(Write the full name of each defendant who is being sued. If the* <br> *names of all the defendants cannot fit in the space above, please* <br> *write "see attached" in the space and attach an additional page* <br> *with the full list of names.)* | Case No.    $2:18cv599$ <br>             *(to be filled in by the Clerk's Office)* <br><br><br> Jury Trial: *(check one)*   ☐ Yes   ☐ No |

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Isaac Ramos Medina |
| Street Address | 2213 Wild Oak Crescent |
| City and County | Virginia Beach |
| State and Zip Code | Virginia 23456 |
| Telephone Number | 757-998-9216 |
| E-mail Address | Ramos.Medina@post.com |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Virginia Beach Sheriff's Office |
| Job or Title *(if known)* | Virginia Beach Correctional Center Agency |
| Street Address | 2501 James Madison Blvd |
| City and County | Virginia Beach |
| State and Zip Code | Virginia 23456 |
| Telephone Number | 757-385-3908 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | Honorable Kenneth W. Stolle |
| Job or Title *(if known)* | Agency Chief Executive Officer/Sheriff |
| Street Address | 2501 James Madison Blvd |
| City and County | Virginia Beach |
| State and Zip Code | Virginia 23456 |
| Telephone Number | 757-385-4073 |
| E-mail Address *(if known)* | kstolle@vbso.com |

Defendant No. 3

| | |
|---|---|
| Name | Virginia Beach Police Department |
| Job or Title *(if known)* | Arresting Officer (unknown) |
| Street Address | 2509 Princess Anne Road |
| City and County | Virginia Beach |
| State and Zip Code | Virginia 23456 |
| Telephone Number | 757-385-4377 |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    b.    If the defendant is a corporation

The defendant, *(name)* _____ , is incorporated under

the laws of the State of *(name)* _____ , and has its

principal place of business in the State of *(name)* _____ .

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

Based on the settlement estimated by a lawyer consulting with the Virginia Beach Sheriff's Department of $4,000,000.00. I can only assume the value of my case to be that of $8,000,000.00.

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

The Virginia Beach Sheriff's Department in it's entirety showed a magnitude of neglect that was the direct and proximate cause of numerous forms of tort involving sexual and physical abuse, assault and enslavement, aggravated sexual and physical assault and abuse and an attempt to murder that rendered me mentally incompetent/incoherent for months depriving me of my life and liberty. The Virginia Beach Police Department was my last clear chance to avoid the events in this case and i was denied the right of assistance due to discrimination by the arresting officer . (see attached file)

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

The attempt on my life rendered me incompetent/incoherent until 11/23/2017 and created a nuisance both public and private. it was a complete detriment to my character within the community and with friends and family and has caused me and continues to cause me mental anguish, pain and suffering. That has only been relieved through medications that keep the memories out of my head and reduce the effect of triggers throughout my daily life and within the community. It has also resulted in my inability to continue intimate relationships as well as any other relationships . I was also Prostituted and sexually abused and assaulted by individuals through out the community while incoherent and incompetent

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question          [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Bill Of Rights - Eighth Amendment ,Amendment VIII and Amendment XIII Section 1
18 U.S. Code 1113,1117,241,242,2241,2242,113,2244,755,4081,3006
42 U.S. Code 1983,1985,1986
14th Amendment-Amendmant XIV

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* _____ , is a citizen of the State of *(name)* _____ .

b.    If the plaintiff is a corporation

The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ ,

and has its principal place of business in the State of *(name)*

_____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____ .

Excessive Force. Reckless Disregard. Malfeasance. Willful and Wanton Conduct. Abnormally Dangerous Activity. Negligent Tort. Intentional Tort. Constitutional Tort. Willful Tort. Malpractice. Loss Of Consortium. Negligent Infliction Of Emotional Distress. I will be requesting that i be appointed by the courts a lawyer as i have yet to find a lawyer willing to represent me in this case and i have had to continue on my own. (see attached files)

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    11-9-2018

Signature of Plaintiff

Printed Name of Plaintiff    Isaac Ramos Medina

### B. For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRIGINIA**
**_____ DIVISION**

Isaac Ramos Medina

_____
Plaintiff(s),

v.

Virginia Beach Sheriff's Office          Civil Action Number: _____

_____
Defendant(s).

## LOCAL RULE 83.1(M) CERTIFICATION

**I declare under penalty of perjury that:**

**No attorney has prepared, or assisted in the preparation of** Complaint for Civil Case
**(Title of Document)**

Isaac Ramos Medina
_____
Name of *Pro Se* Party (Print or Type)

_____
Signature of *Pro Se* Party

Executed on: 11-8-2018 (Date)

**OR**

**The following attorney(s) prepared or assisted me in preparation of** _____.
**(Title of Document)**

_____
(Name of Attorney)

_____
(Address of Attorney)

_____
(Telephone Number of Attorney)
Prepared, or assisted in the preparation of, this document

_____
(Name of *Pro Se* Party (Print or Type)

_____
Signature of *Pro Se* Party

Executed on: _____ (Date)

I was walking down a Random street in norfolk; I Am not familar with norfolk And was lost in exploration Sometime after nightfall. As I was walking down a Sidewalk. I was attacked By 4 or 5, maybe 6 people. They Lifted me up by all 4 limbs Slammed me unto the ground And attempted to pin me Down as I struggled to Break free. As I did not Have anything with me can Other than a tall can

**1**

**2**

Of soda, I was only Physically hurt and, I assume, when the Assailants saw, they Ran off. I tryed to see Who or where they Went but they all ran In seperate directions. I stood there, finished My drink and watched the Area as I interpeted What had Just occurred. At this point, within Seconds to a minute After my attackers

**3**

Fled, my vision began To blacken or darken As if there was not Enough light to see. Although I could recall What had Just occurred; I Lost sence of who I was, Where I was and certain Aspects of information. My conditions were getting Worse; attempting to Concentrate and regain Control gave me an Extreme pain in my Head. As I realized that

4

My assailants must have
somehow drugged me; I used
what power I had and started
Running to find help. When I
Noticed there was no one
Around; I stopped running and
Tryed to remember why I
Was looking for help; I decided
To consetrate on getting to
A hospital that was near by.
I ran into an individual that
Pointed me down a street
Leading to the hospital. When
I came near to the hospital,
A few blocks away, I forgot

5

Everything except the
fact that there was some-
thing wrong with my mind and
I was looking for the hospital.
At that point two men
Approached me. They, as I
Was asking for help, attempted
To help me remember what
Was going on. They convinced
Me and, I feel that they,
Manipulated me into coming/
Going with them, saying that
Someone else will be better
Fit to help me and that a
Hospital can do nothing to

6

Help. They walked me into
The opposite direction I was
Initially going, during which my
Conditions progressed and
The intoxicants administered
Into my body began to
Take full effect.
I cannot say when or where
Exactly but I did end up.
Making it to a few hospital
Visits. That of which resulted
With me being told there is
Nothing that can be done to
Detoxify me as I can not
Be kept long enough to

7

Do so. I in turn was
Released despise my
Protest and plea for help.
I refuse to believe there
Was nothing more than an
IV to help me. As I am near
Legally blind and lost my
Glasses sometime before the
Two men walked me away
Into oblivion; I can not
Truthfully name or describe
Any person acuretly. I
In turn cannot make
Out details that can be
Used to state facts

8

Such as the exact
Hospital in correspondence
with each visit. As I was
Also not aware of date
Or time; I can only
Attest to events
Truthfully individually. I
Can not confirm
Chronological order; for
Example which hospital
Visit came first but I
Can declare that I
Did visit. I will leave
The explenation of my
Conditions and side

9

Affects of my
Investigation
Professional
Intoxification to a
Professional, if possible,
As I fear, to my
Knowledge, that I was
So intoxicated not
Even a professional can
Honestly explain. I was
Continuely drugged untill
I found myself in a club.
Mixed into a crowed, I
Began to search for
Either an exit or

10

A person I can trust. I
Came in contact, only,
With people concerned
With nothing but
Clubbing. An individual
Grabbed me, looked me
In the eyes and held
Me by the shoulder
While using his other
Hand to wave over some
Help; Yelling "I found him.
... Over here...". A female
Came over and said
... We have to get you
Out of here..." after

11

Looking me in the
Eyes. These two
Individuals seemed,
As far as I could tell,
Set on my well-being
And safety. I began
To follow and did
Hesitate with a doubt
In their trustworthiness
But continued, after
Feeling fear, after
Hearing someone yell
Out, after grabbing
The male by the
Shoulder, "Hey, where

12

Are you going with
Him!" I quickly followed
The lead of the female
In fear of ending up
With my kidnappers
Or anybody that
Would take advantage
Of the condition I
Was in. We neared the
Exit and I forgot
What was going on.
Not wanting to leave
They explained to me
That it was a trap,
And dangerouse inside;

13

That we were
Escaping. They told
Me to hurry and go
First through the
Exit; That they
Would watch my
Back and make sure
I made it out. I
Came to a doorway
Blocked by a few
Females posing for
Pictures. I tryed
To push through but
Feel as if I was
Being kept from exiting.

14

So that I would
Appear in the photos.
There was a
Commotion behind me.
When I turned around
It was as if everyone
That was attempting
To exit "bumb rushed" the
Passage way; Pushing
Me into and through the
Females; Cousing me
To push one aside and
Knock another one to
The ground before I
Also fell over. When I

15

Regained footing; A
Male punched me in
The face\Jaw, cousing
Me to stumble, while
Yelling about the female
I knocked over. As I
Was guided accross
The street by the group;
I yelled at my assailant;
And a officer to arrest
Him and charge him
With assoult being that
The officer was watching
Over the crowd outside
At the exit and was

## 16

A wittness. Instead,
the officer began to
Escort me away from
The premisess with
Complaints of my couse
Of disruption while I
Argued that the indivi-
Dual that assoulted me
Is the actual couse of
Disruption and also that
I was obviously set on
Leaving; Being that the
Officer's duty was
The club exit's crowd
And my\the hostile

## 17

Assailant's
Intentions, unlike,
Opposite and criminal
Compared to mine, were
To stay at the club, the
Officer had, in my sight,
No Justificational
Reason, motive or
Intention in his
Persuit against me.
When I reached the
Other side of the
Street; I blacked
Out and collapsed.
I beleive this was

## 18

A delayed "Knock out"
From being hit due to the
Intoxicants in my
System. When I arose,
Seconds later, I
Plead with the group
For medical attention;
Asking the officer to
Call for help and a
Ambulance. The officer
Refused and denied me
Any help with insulting
Discriminative remarks
And comments; Telling
Me I need to get

## 19

In a car and leave
The oceanfront
And when I asked
Him why he said I
Was a freak and did
Not belong. I tryed to
Tell the cop I had
Been drugged and
Kiddnapped but the
Situation quickly
Became nothing but a
Verbal altercation
Between me and the
Officer. The officer
Repeatedly insulted

20

Me the whole time. I
Argued back to the
Officer, infuriated, about
The fact that I needed
Help, my situation to
Include the drugging,
Kiddnapping, being
Assoulted and how he
Was wearing a badge
But won't do his job
And help me. This went
On for about
One and a half or two
Blocks. The officer
Followed me and the

21

Group all the way to
A car I was suppose
To, from what both the
Officer and group were
Leading me to believe,
Enter in; to leave.
At this point I be-
Gan to doubt how
Safe it would be
To allow myself to
Leave with the
Group. I made the
Officer aware of
My concern. He then
Ignored it; Informing me

22

That I needed to leave
The oceanfront and he
Did not see any other
Way I could accomplish
That; Then saying the
Group agreed to take me
And he was going to make
Sure that happened. See-
Ing that I was trapped
Into going with the group;
I wanted to fight the
Officer; I told the officer,
As I turned around to
Face him, to take off his
Badge so that I

23

Could fight him. Some-
One grabbed me from
The back and I
Turned around and
Began to choke the
Person. I realized the
Person was not trying
To hurt me and I let
Go. The officer use
This opportunity to
Place me under
Arrest; Taking me to
Jail. I calmed down
On the way to VBCC
In the back of

24

The cop's car. Black-
Ing out untill we
Arrived at the Jail
And I was placed In
Intake. I was
Awake enough to
See what was
Going on but I did
Not have enough
Energy to control
My body or my mind.
It was as if my
Conciouse mind was
Forced into a
Sub-Conciouse State

25

And my body was on
Auto-Pilot with a mind
Of a 5 year old that
Did not know anything.
I noticed that both
Me and the kid
Could not retain a
State of remember-
Ence. Within seconds
Everything would be
Forgotten; Name, date,
Time and place. I made
Sure; If it did not
Come naturally from
Instinct; That I

26

Always knew some-
thing was wrong. There
Was only a hand full of
Times that I was able
To regain enough
Conciousness to
Controle myself and
Know that something
Was wrong and I need-
Ed help during my
Incarceration at VBCC.
Maintaining this
"Conciouse" State of
Mind, after attaining it,
Was extremely

27

Difficult and painfull
Through out my whole
Body; Especially my
Head. Instead of
Trying to maintain it;
I decided to make
Sure I used these
Opportunities to save
Myself; Atleast try.
These opportunities
Only lasted a max of
5 minutes and were
Also accompanied by
That state of no
Rememberence and

28

With so little time; They
Accomplished nothing.
I found myself going
Through the intake
Process; I came to a
Intake doctor or R.N.
And was able to wake
Up enough to inform him
That I needed help
Say how he may not be
Able to tell but I was
Extremely intoxicate
And have not been in
Control since/the whole
Time I have been at

29

The
~~Whole~~ tail and I have
Awoken with little time
To explain. He stated how
I had been awake the
Whole time and asked me
What drugs I was on.
I told him I was
Drugged, did not know
What with ~~that~~ he can
Run tests to find out
And how he can find
Out what I mean by
Asleep and awake if
He waits for me to
Fall ba~~ck~~ asleep and

30

WAttempts to continue
AOur conversation. He
JTold me he was going to
Call for help and see
FWhat happens while he
Waits. I enter into
APopulation. There was a
Guy that knew who I
JWas; He quickly grabbed a
Hold of me. Everyone was
ANoticing that I was
ECompletly "cracked out".
AThis guy brung me into
His room to help me; I did
Not know who he was

31

And he knew that
Was immpossible unless
Something was really
Wrong with me. Being that
I was in the state of
Mind of a 5 year old;
I kept asking every-
One if there were
Any kids that I
Could play with. They
Would say no and I
Then would tell
Them that they
Were adults,
Mean to me and

## 32

That they had to
have kids somewhere
In the Jail that I
Could play with
I Instead of being
Stuck with a bunch
Of bad guy that hate
Me. Being that I at
Many times as a kid
Growing up had pretend
Girlfriends and was not
At all fond of males; I
Told them I would
Perfer a little girl to
Play with. This was a

## 33

Majorcouse of
Sexual abuse that
I encountered while
Incarcerated at
VBCC under extreme
Intoxification.
After being being
Brung into his room
And being questioned;
The guy had my
Belongings from intake
Put in my assigned
Room/cell and try to
Call "home" to find
Someone to help

## 34

I Bond me out before
Something really bad
Happened to me. This
Guy was moved out
Of the cell block and
I never knew who
He called or anything.
The men I was
Incarcerated with
Did many things to me
And made me do many
Things in result to
The whole 5 year
Old asking to play
With other little

## 35

Kidds situation.
Word spread
Quickly; Along with
The common
Declaration that if
I asked and wanted
Such intoxicated; I
Must do like wise
Sober and in turn
Be a sex offender
Of the sort. Alot
Of these men had
Kids in their
Immediate family
And shared the



36

Same "motto":
"I am a pervert
Towards perverts"
There were only a
Handfull or two of
People who tryed
To help me or get me
Help; Every other
Person either ignored
The situation or
Abused it. I am not
To sure how to
Proceed with the
Rest as it is hard
To write and I

37

Do not want to
Waste the time
Of whoever
Comes to read
This. I had a cell
Mate that was
Gay. Him and
And another guy
Decided to make me
Believe that they
Would Let me go
Home if I play games
With them. He told me to
Put a plunger up my

38

Butt. It didn't
Work out so he
Did it for me. Then
He decided that was
Probably not be safe.
The next time he
Did it himself and
Had me finish him
Off. In another
Cell where two
Guys said they
Had kids after
Argueing that one
Of them had to
Take advantge

39

Of me. They both
Took turns
Telling me to give
Them oral.
Another guy had
Me give him oral
While he layed down.
I was in a cell with
Two other guys
Overnight; They
Tryed to get me
Out of the "block";
Told me to stand
Behind them naked
And They would

40

Yell at the guard
To get him to send
Me to get help. The
Guard Just loughed
And never got me help.
We tryed again with
Other guards. A
Group of Inmates
Got together and
Made me eat a cake
Full of Jailhouse
Sweets and seamen.
I tryed to tell a
Gourd that I was
Intoxicated at

41

Feeding time after
Inmates constantly
Kept refilling my
Juice cup; I, not
Noticing I was
In Jail, would
Randomly, attempt-
Ing to rid myself
Of these rock hard
Boners that hurt
An awfull lot and
Gave me what felt
Like heart
Attacks, mast-
Urbate. The

42

Said drinking all the
Juice would help.
I started to
Think it was the
Food that was
keeping me
Intoxicated; The
Gourd would not
Help me. The inmates
Would have to make
Sure I did every
Thing like poop in
The toilet and
Shower and they
Tryed to get me

43

To eat but I
Stopped to try
And sober up.
They were basickly
Babysitting me.
I am not to sure
How I got out of
The block but I
Was moved out and
Takin to R/H. I
Ended up in a cell
With a white
Male that said he
Had a niece; He
Would eat my

44

Food and beat
Me on my head.
He made me give
Him oral before he
Went to bed every-
Night. The guards
Moved me out after
Days of crying. They
Moved me into a cell
With a black male.
This guy had kids him-
Self. At first he
Was sympathetic to
My situation but still
Constantly would

45

Get pissed and on
The evil side. I would
Have to lick the
Excess urine off of
His John if he did not.
Feel feel good after
Peeing. He would eat
My food. They have this
Saying in Jail to
"Put some water on it".
I got hit on my head
For trying to poop in
The sink saying I
Was worse than
His kids. Every-

46

Time I would
Complain to a
Gourd they would
Lough and think
I was crazy and
Just trying to get
Out of Jail. The
Guy I was in there
With made me into
A bed". I would lay
On my stomach and
He would rape me.
This happened twice.
I tryed to kill my-
Self by Jumping

47

Off of the top.
Bunk. The man
Was able to catch
Me when he real-
Ized I asked him
If falling off and
Hitting my head
On the toilet
Would kill me and
I was preparing
To do it. He cought
Me and told the
Gourd I was
Trying to kill my-
Self. I was put in

48

A suicide watch
Room. The guard
Spent all the time
Interogating about
My life and no time
Trying to help me.
I was put back
Into my cell and
Tryed to escape,
WKen the "chuck
Hole was open, I
Stuck my hand
And head through
To keep it open.
Eventually I got

49

Tired and a few
Gourds came and
Said to back up so
They could let me
Out; Instead they
Unloaded a couple
Bottles of spray
Mace at me. At
Night my cellmate
Told me to get
Naked and get on
All 4s; while he
Raped me, I screamed
For help at the door.
This guy was alot

50

Bigger then the
White males from
The previouse.
Encounters and told
Me he thought I
Was ready for his
Johnson's full length.
A gourd came to do a
Check on the cell;
The guy convinced
The guard to ignore
Us; Saying they were
Both back and claiming
I was a pervert then
Threating him. He

51

Stopped after. There
Was a gourd that let
Me out of my cell
With out shackles or
Cuffs. I was able
To escape out into
The main corridor.
With the gourd
Running behind me.
I made it out to th
Gourd post and
Startled the gourd
Chasing me with a
Question about if
He was allergic to

52

Anything and to
Hold his thoughts
While I spoke to the
Gourd at the past.
I thought I was
At a hotel and tryed
To check out. It did
Not work. The gourds
Started talking
About how I myte
Sue for what happened
To me and how they
Won't help me and were
Just letting me stay
In with population

53

While intoxicated
Untill I could be
Released. They came
Up with an idea to
Give me more of
Whatever drug it
Was that I was on
To ensure that I
Would not remember;
Not knowing that
It had nothing to do
With my memory
After I could get
Out and detox. They
Called on another

54

Gourd who knew
What drug to use
To continue my
Intoxification.
This gourd informed
The others that
The amount of
Drugs it would take
To mimmic my
Condition would
Cost them any-
Where from $700.00-
To $1300.00 USC.
I was put in my
Cell after a plan

55

Was made to get
The money and
Then the drugs
After their shift.
The next day I
Was pulled out of
My cell the guards
Mixed the drug
In a pitcher with
The state juice
For feeding times.
I was made to
Drink the whole
Mixture. I was
Then put back

56

Into my cell. Time
Went on with
The same routines.
My cell mate was
Alot nicer to me
After he had
Noticed how
Intoxicated I
Was. He tryed
Helping me eat and
Stay cool. I was
Moved into a cell
With a gay "female"
That was not so
Mean; Also sharing

57

Food trying to
Make sure I was
Not starving to
Death. Eating was
A constant issue
Through out my
Whole incarceration.
Part appetite lost
From the effects
Of the drug and
Part lost from
Everything that
Was going on. The
"female" at one
Point took

58

Advantage of
This, as did every-
One else, to play
Sex games. He made
Me believe he was
Teaching me how
To be cool so no one
Else would be mean
To me and hit me.
He started to teach
Me to dance in a
Very sexual
Manner. A mix of go-
Go/striper moves
And twerking moves.

59

This went on
Occasionally with
The female. She
Had me do this is on
The bed on my
Stomach bent
Over. When I was
Done being
Tought and made
To do this, being
Told it was to
Stop people from
Being mean and
Hitting me, for
Everyone; She/he

**60**

Had me allow her
to penetrate me
From behind. When
I tryed to stop,
We wres-tled until
I was pinned
Down in a mission-
Ary possition. I was
Then told the sex
was apart of the
"Game" I was to
Play, or I was going
to get beat up by
Everyone. She had
Me let her finish

**61**

In the missionary
Position. The dance
Practice went on,
Instead of
Continuing with
The sex. She start-
Ed teaching/mak-
ing me do oral sex,
This happened
Every time my cell
Mate was bord. There
Was a guy in another
Cell talking to my
Cell mate. My cell
Mate began

**62**

"Talking shit" with
The other guy. She
Told him it was
What I was
Saying to him and
Made him believe I
Was saying bad
Things about him.
She said it was
Just a game and
Had me say thing
To him about his
Kids. She then made
Plans with everyone
to get me and him

**63**

In the shower
Together, telling
Me it was going to
Be a fight but
Not to worry
Because me and
Him were going to
Be chained up and
The guards would
Make sure nothing
Bad would happen,
That it was a
Joke for fun. Me
And the man were
Shocked in the

64

Gated shower cell.
I can not say, as
I didn't know why
The guards then
Left us alone and
Left the cell block.
The man was black
And extremely hung;
More than any
Before. He made
Sexual threats
About what he was
Going to do to me if
He was not in
Shackles. I pani-

65

Cked and began
An escape. I
Dislocated my thumb;
freeing both hands
In turn. I proceeded
To free myself
From my restraint
But could not
fully do so. As I
Looked for a way
Out, the man, in
Partnership with
My cellmate,
Threeatened to be-
At me up if I did

66

Not come over to
Him and conduct
Oral sex; Telling me
There was no way
Out. It was
Difficult due to
The size and I
Stopped and went
To the shower cell
Entrance to look
for the guards. The
Man was infuriated
At the sight of me
Being free and was
Then able to free

67

Himself to rape me
From behind. I
Struggled with the
Man; Holding on to the
Gate and trying to
Pull away to no
Avail, I screamed
for help. The man's
Johnson was long to
The point I could
feel it under my
Belly botton with an
Intence sharp dull
Twisting breath
Taking pain that, even

68

A year later has
Left a throbbing
Intury deep down
In my stomach. The
Gourds came running to
Help after I got tired
And felt like I was
About to pass out and
Was already fainted.
I made it to medical
Where they made
Sure I was eating
And using the bath
Room. They asked
About my condition

69

And what was
Wrong with me but
I was not able to
Say much. I spent
Most the time
Trying to escape
And crying, begging
To get out. The
Guards that were
Not concerned
With helping me
Just used me as
Entertainment.
Some of them
Made me do the

70

Dancing after I
Had asked them
If that was
What they
Wanted me to do
Like the other
Guys. One officer
Along with his
Team put me in
The shower room
And video taped me
Dancing for them.
There was nothing
I could do to help
My self. I made

71

It into another
Cell block that had
Only a few people.
It was ok Until
I came accross
A book with a
Picture of a
Family out side
Under a tree
Having a picnic.
I started asking
The other inmates
About getting out
To do what they
Were doing in the

72

Picture. When they
told me I could not
Get out; I began
To ask about the
Kid. After the
Conversation; They
Began to treat
Me bad. I was
Made to deep clean
Things like the
Shower and toilet
And do the rest of
The janitorial
Duties plus some.
One guy came up

73

With a plan to "Do
Me in". Three of the
Inmate, one that
Was peer pressured,
Put me on my knees
In the shower,
Blocked it off from
View with bed
Sheets and took
Turns making me
Give them oral. The
Leader of the
Group and the
Other main guy
Made me stare

74

At their johnsons
Before turning me
Around to have sex
On all my fours. I
Complained about
My knees to try to
Stop it from happen-
Ing. They told me I
Had to do it or get
Beat up. They said
They knew what
Drug I was on and
How I would be
Able to remember
Everything; That

75

This was my
Punishment for
Asking to play with
Kid; They did not
Understand that
I was only asking
And behaving in
Such a way due
To the extreme
Amount of drug
That were in my
System; Reverting
My mind to the
State of a 5 year
Old.